THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY LARKIN, Defendant-Appellant.

(No. 72-157;

Second District—June 12, 1973.

Opinion by Mr. JUSTICE T. MORAN.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for the People.

RICHARD McKASSON, Plaintiff-Appellee, *v.* ZIMMER MANUFACTURING COMPANY *et al.*, Defendants-Appellants.

(No. 72-62;

Second District—June 8, 1973.

*Rehearing denied July 26, 1973.*